**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7359**

———————————

ASHANN-RA,

Plaintiff - Appellant,

and

UNITED STATES OF AMERICA,

Intervenor/Plaintiff,

versus

GENE M. JOHNSON; LINDA SHEAR; TIM W. EVANS,
Counselor; CORPORAL VIERS, Claim #13;
COMMONWEALTH OF VIRGINIA, Claims #13 and #22;
RON ANGELONE, Claim #22; DAN ARMSTRONG; DUNCAN
MILLS, Claim #22; CHIEF OF OPERATIONS, Claim
#22; DANIEL BRAXTON, Claim #35; LARRY HUFFMAN,
Claim #35; GARY L. BASS; W. W. ROGERS,

Defendants - Appellees,

and

TONY F. MCANALLY; D. P. SMITH, Classification;
RICHARD A. YOUNG; LARRY W. HUFFMAN; MELANIE
PARR; REGIONAL OMBUDSMAN; PAGE TRUE; STAN
YOUNG; ADAM HARVEY; TERRY MONK, Counselor; M.
HENSLEY; STACY RIDER; FARMER, Mailroom Clerk;
RICHARDSON, Mailroom Clerk; CORPORAL RUSSELL;
SERGEANT HEAD; JERRY W. ARMENTROUT; D. VASS;
RICHARD FLEMING, Major; LESLIE FLEMING,
Captain; BILL FERGUSON; J. KISER, Captain;
KELLY JEAN CHRIS, Lieutenant; MICHAEL YOUNCE,
Lieutenant; STACY MULLINS, Lieutenant; L. W.
COX, Lieutenant; JIM ROBINSON, Lieutenant;
CHARLES RAMBO; JOHN HONAKER, Lieutenant; RICKY
ROSE, Lieutenant; RONALD MACK FOWLER,

Lieutenant; J. B. QUINN, Sergeant; GREGORY DEEL, Sergeant; SERGEANT CHILDRESS; DELMER TATE; JOHNNY KENDRICK; JEFFREY D. PHILLIPS; NANCY ROSE; G. COUNTS, Corporal; J. ELY; T. HALE; J. ARTRIP, Officer; T. YOUNCE; B. MAGGARD; W. SCANLON; S. DEEL; D. DEEL; A. KILBOURNE; CORPORAL RING; D. GREGORY BAKER; CORPORAL FLUTZ; CORPORAL BAKER; CORPORAL CREEAR; CORPORAL FOSTER; CORPORAL DEEL; CORPORAL BROWN; R. A. EDWARDS, JR., M.D., Corporal; JOHN DOE; OFFICER IN CHARGE; J. LARGE; CORPORAL HOPKINS; JOHN DOE, Two unknown A-3 control room correctional officers; TIM W. EVANS, Counselor; L. MILLS, Counselor; R. DUFFY, Counselor; L. MULLINS, Counselor; J. BOLLING; N. C. LEWIS; COUNSELOR SYKES; COUNSELOR JESSEE; COUNSELOR GIBSON; SANDY MULLINS; TERESA PEASE, Mailroom Clerk; LEIGH MCCOY; PAMELA SAUL; D. MCKNIGHT; L. MILLINS, Hearing Officer; ROSE, Laundry Manager; J. FRALEY, Former Virginia Department of Corrections Officer,

Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-02-927-7)

_____

Submitted: December 31, 2003          Decided: March 2, 2004

_____

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ashann-Ra, Appellant Pro Se. Joshua Z. Rabinovitz, Catherine Yvonne Hancock, Michael Scott Raab, UNITED STATES DEPARTMENT OF JUSTICE, for Intervenor. Pamela Anne Sargent, Assistant Attorney General, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ashann-Ra appeals the district court's order denying his free exercise claim filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Ashann-Ra v. Johnson, No. CA-02-927-7 (W.D. Va. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED